435 A.2d 654

Commonwealth v. Glessner, Appellant.

Petition for Allowance of Appeal Denied Nov. 17, 1981.

Argued June 9, 1980. William J. Honig, for appellant; Joseph Hylan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.